OPINION — AG — **** UNEMPLOYMENT BENEFITS — PREGNANT WOMEN **** SECTION 215(G) OF TILE 40 OF THE OKLAHOMA STATUTES IS BASED EXCLUSIVELY ON A PHYSICAL CONDITION UNIQUE TO ONE SEX, FEMALE, AND IS PROHIBITED BY TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 AND THE EQUAL PROTECTION CLAUSE OF THEFOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION. CITE: 40 O.S. 1971 215 [40-215](G) (JAMES R. BARNETT)